NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1082

EDWARD C. DEDRICK,

Plaintiff-Appellant,

v.

John Berry, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,

Defendant-Appellee,

and

Pete Geren, SECRETARY OF THE ARMY,

Defendant.

Appeal from the United States District Court for the District of Maryland in case no. 07-CV-0429, Judge William D. Quarles, Jr.

O R D E R

Upon consideration of the court's opinion directing that this case be transferred to the United States Court of Appeals for the Fourth Circuit,

IT IS ORDERED THAT:

The case is transferred to the Fourth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

| July 21, 2009 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc:  Edward C. Dedrick
     Dawn E. Goodman, Esq.